# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREA HALL

NO. 2021 KW 0920

**OCTOBER 18, 2021**

---

In Re:   Andrea Hall, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 12-WRC-434.

---

**BEFORE:   LANIER, WOLFE, AND BURRIS,[1] JJ.**

**WRIT DENIED.** The records of the West Feliciana Parish Clerk of Court's office reflect that the district court acted on relator's writ of habeas corpus on July 22, 2021. Furthermore, the clerk's office has no record of a petition for declaratory judgment filed by relator on or about August 28, 2019.

**WIL**
**EW**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.